United States District Court
Southern District of Texas
**ENTERED**
December 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STACIE MARIE JONES, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-19-4088 |
| | § | |
| DOLLAR TREE STORES, INC., | § | |
| *Defendant.* | § | |

## **ORDER OF ADOPTION**

On December 10, 2020, Magistrate Judge Peter Bray issued a Memorandum

and Recommendation (D.E. 27) recommending that the court deny Defendant's first

motion for summary judgment (D.E. 12) and grant Defendant's second motion for

summary judgment (D.E. 25). Neither party filed objections.

After due consideration of the entire record and the applicable law, the court

hereby ADOPTS the Memorandum and Recommendation as this court's

Memorandum and Order.

Signed at Houston, Texas on December 29, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE